**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| WILLIS E. WALKER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:22-CV-70-RWS-JBB |
| | § | |
| DERRIC McFARLAND, *ET AL.*, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Before the Court is Plaintiff Willis Walker's civil rights lawsuit against Judge John Tidwell, Derric McFarland, and the Bowie County prosecutor. Docket No. 1. The case was referred to United States Magistrate Judge Boone Baxter in accordance with 28 U.S.C. § 636. After a review of the pleadings, the Magistrate Judge issued a Report recommending Plaintiff's lawsuit be dismissed without prejudice for failure to prosecute and failure to state a claim. Docket No. 3.

Plaintiff has not contacted the Court since he filed his lawsuit in 2022. A copy of the Report was sent to Plaintiff at his last known address but was returned as undeliverable. Docket No. 4. To date, Plaintiff has not advised the Court of his current mailing address. The complaint form which Plaintiff signed contains a declaration saying "I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit." Docket No. 1 at 5. Accordingly, Plaintiff has failed to prosecute his lawsuit by not advising the Court of his current mailing address.

Because no objections have been received, Plaintiff is barred from *de novo* review by the District Judge of the Magistrate Judge's proposed findings, conclusions and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings

and legal conclusions accepted and adopted by the District Court. *See Duarte v. City of Lewisville, Texas*, 858 F.3d 348, 352 (5th Cir. 2017); *Arriaga v. Laxminarayan*, Case No. 4:21-CV-00203-RAS, 2021 WL 3287683, at *1 (E.D. Tex. July 31, 2021).

The Court has reviewed the pleadings in this case and the Report of the Magistrate Judge. Upon such review, the Court has determined the Report of the Magistrate Judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (where no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law"). Accordingly, it is

**ORDERED** that the Report of the Magistrate Judge (Docket No. 3) is **ADOPTED** as the opinion of the District Court. It is further

**ORDERED** that the Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim and failure to prosecute.

**So ORDERED and SIGNED this 22nd day of April, 2024.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE