IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| WILLIS E. WALKER, | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. 5:22-CV-70 |
| DERRIC McFARLAND, *ET AL.*, | § § § | |
| Defendants. | § | |

**FINAL JUDGMENT**

Pursuant to the Court's Order adopting the Report and Recommendation of the Magistrate Judge, the Court hereby enters final judgment. Accordingly, it is

**ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim and failure to prosecute. It is further

**ORDERED** that any pending motions in the above-captioned case are **DENIED-AS-MOOT**.

The Clerk of Court is directed to close the case.

**So ORDERED and SIGNED this 22nd day of April, 2024.**

*[signature]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE